**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward J. Crohe                                   CHAPTER 13
        Jennifer C. Crohe
                Debtor(s)                        BKY. NO. 18-10232 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                             Respectfully submitted,

                                             /s/ *Rebecca Solarz*
                                             Rebecca Solarz
                                             07 Dec 2021, 15:42:00, EST

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322