United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-10232-mdc

Edward J. Crohe  Chapter 13

Jennifer C. Crohe

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: 138FIN | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward J. Crohe, Jennifer C. Crohe, 43 Begonia Lane, Levittown, PA 19054-2103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 15 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 15 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:

**Name**  **Email Address**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: 138FIN | Total Noticed: 4 |

ALEXANDRA T. GARCIA
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ALEXANDRA T. GARCIA
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANN E. SWARTZ
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

KENNETH E. WEST
    ecfemails@ph13trustee.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor American Heritage Federal Credit Union  its Successors or Assigns ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

MARISA MYERS COHEN
    on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by Community Loan Servicing, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

PAUL H. YOUNG
    on behalf of Joint Debtor Jennifer C. Crohe support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

PAUL H. YOUNG
    on behalf of Debtor Edward J. Crohe support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Lakeview Loan Servicing  LLC raykemp1006@gmail.com, raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Edward J. Crohe and Jennifer C. Crohe
      Debtor(s)

Case No: 18−10232−mdc
Chapter: 13

_____

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/15/22

85 − 84
Form 138FIN