United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-10232-mdc
Edward J. Crohe  Chapter 13
Jennifer C. Crohe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Mar 25, 2022  Form ID: 195  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Edward J. Crohe, Jennifer C. Crohe, 43 Begonia Lane, Levittown, PA 19054-2103

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

**Name**     **Email Address**

ALEXANDRA T. GARCIA
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ALEXANDRA T. GARCIA
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANN E. SWARTZ
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: 195 | Total Noticed: 1 |

ecfemails@ph13trustee.com philaecf@gmail.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor American Heritage Federal Credit Union its Successors or Assigns ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

MARISA MYERS COHEN
on behalf of Creditor Lakeview Loan Servicing LLC as serviced by Community Loan Servicing, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

PAUL H. YOUNG
on behalf of Joint Debtor Jennifer C. Crohe support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

PAUL H. YOUNG
on behalf of Debtor Edward J. Crohe support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

RAYMOND M. KEMPINSKI
on behalf of Creditor Lakeview Loan Servicing LLC raykemp1006@gmail.com, raykemp1006@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Edward J. Crohe and Jennifer C. Crohe                : Case No. 18−10232−mdc

    Debtor(s)

***ORDER***
_____

AND NOW, this day , March 25, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

87
Form 195